**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN M. SMALLWOOD, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.